

# Service of Process Transmittal
02/20/2019
CT Log Number 534963056

**TO:** Dan McGrath
The ADT Security Corporation
1501 Yamato Rd.
Boca Raton, FL 33431-4438

**RE:** **Process Served in Illinois**

**FOR:** ADT Security  (Cross Ref Name)  (Domestic State: DE)
ADT LLC (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Joseph J. Blazek, Pltf. vs. ADT Security Services LLC, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | SUMMONS, COMPLAINT |
| **COURT/AGENCY:** | Du Page County - 18th Judicial Circuit Court, IL Case # 2018L001385 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury - 12/01/2015 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 02/20/2019 at 16:44 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Joseph J. Blazek 734 Union Avenue Romeoville, IL 60446 815-886-6115 |
| **REMARKS:** | Even though document indicate company name as ADT Security LLC as per the SOS only entity is listed ADT Security |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 02/21/2019, Expected Purge Date: 02/26/2019 |
| | Image SOP |
| | Email Notification,  Dan McGrath  dmcgrath@adt.com |
| | Email Notification,  Marcia Gold  marciagold@adt.com |
| | Email Notification,  Leslie Davison-Gardner  ldavison@adt.com |
| | Email Notification,  Gray Finney  gfinney@adt.com |
| | Email Notification,  DAVID BUCHSBAUM  dbuchsbaum@adt.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 208 South LaSalle Street Suite 814 |

Page 1 of  2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A



**Service of Process Transmittal**
02/20/2019
CT Log Number 534963056

| | |
|---|---|
| **TO:** | Dan McGrath
The ADT Security Corporation
1501 Yamato Rd.
Boca Raton, FL 33431-4438 |
| **RE:** | **Process Served in Illinois** |
| **FOR:** | ADT Security  (Cross Ref Name)  (Domestic State: DE)
ADT LLC (True Name) |
| **TELEPHONE:** | Chicago, IL 60604
312-345-4336 |

Page 2 of  2 / AV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

SUMMONS - CIRCUIT COURT                                                                                           3101 (Rev. 8/18)

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | **UNITED STATES OF AMERICA** <br> **IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT** | **COUNTY OF DU PAGE** |

Joseph J. Blazek

_____ PLAINTIFF

vs

ADT Security LLC

_____ DEFENDANT

CASE NUMBER: 2018L001385

# SUMMONS
## CIRCUIT COURT

☒ ORIGINAL   ☐ ALIAS

File Stamp Here

To each Defendant: Registered Agent CT Corporation System  208 S. LaSalle St. Suite 814  Chicago IL 60604

You are Summoned and Required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service.
   If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.
   This summons may not be served later than thirty (30) days after its date.

**DATE OF SERVICE**

TO BE INSERTED BY OFFICER ON COPY LEFT WITH DEFENDANT OR OTHER PERSON

Name: Joseph J. Blazek    ☒ Pro Se
DuPage Attorney Number: _____
Attorney for: _____
Address: 734 Union Avenue
City/State/Zip: Romeoville, IL 60446
Telephone Number: 815-886-6115
Email: jblazekadt@comcast.net

**WITNESS:**

**CHRIS KACHIROUBAS,** Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Ill.

**Electronically Issued**
Date 02/11/2019
CHRIS KACHIROUBAS, Clerk
Deputy Clerk
By FAY, JOAN
Deputy Clerk
4459305

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your circuit clerk's office.

**NOTE:**
The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

If you need legal advice concerning your legal responsibility as a result of this summons being serviced upon you and you don't have a lawyer, you can call the DuPage Bar Association, Lawyer Referral Service at 630-653-9109.

**CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©**
**WHEATON, ILLINOIS 60187-0707**

Document received on 2/9/19 6:23 AM  Document accepted on 02/11/2019 08:48:48 # 4459305/170431160067

EXHIBIT A

SUMMONS - CIRCUIT COURT 3101 (Rev. 8/18)

**STATE OF ILLINOIS**     **UNITED STATES OF AMERICA**     **COUNTY OF DU PAGE**
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

Joseph J. Blazek

PLAINTIFF

VS

ADT Security LLC

DEFENDANT

CASE NUMBER: 2018L001385

## SUMMONS
### CIRCUIT COURT

[X] ORIGINAL    [ ] ALIAS

File Stamp Here

To each Defendant: Registered Agent CT Corporation System 208 S. LaSalle St. Suite 814 Chicago IL 60604

You are Summoned and Required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance in the office of the Clerk of the Circuit Court, 505 N. County Farm Road, Wheaton, Illinois, within 30 days after service of this summons not counting the day of service.
    If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

To the Officer

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service and not less than three (3) days before the date of appearance. If service cannot be made, this summons shall be returned so endorsed.
    This summons may not be served later than thirty (30) days after its date.

**DATE OF SERVICE**

TO BE INSERTED BY OFFICER ON COPY LEFT WITH DEFENDANT OR OTHER PERSON

**WITNESS:**

Name: Joseph J. Blazek    [X] Pro Se
DuPage Attorney Number: _____
Attorney for: _____
Address: 734 Union Avenue
City/State/Zip: Romeoville, IL 60446
Telephone Number: 815-886-6115
Email: jblazekadt@comcast.net

**CHRIS KACHIROUBAS,** Clerk of the Eighteenth Judicial Circuit Court, and the seal thereof, Wheaton, Ill. **Electronically Issued**
Date 02/11/2019
CHRIS KACHIROUBAS, Clerk
Deputy Clerk
By FAY JOAN
Deputy Clerk
4459305

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp or talk to your circuit clerk's office.

**NOTE:**
The filing of an appearance or answer with the Circuit Court Clerk requires a statutory filing fee, payable at the time of filing.

If you need legal advice concerning your legal responsibility as a result of this summons being serviced upon you and you don't have a lawyer, you can call the DuPage Bar Association, Lawyer Referral Service at 630-653-9109.

CHRIS KACHIROUBAS, CLERK OF THE 18th JUDICIAL CIRCUIT COURT ©
WHEATON, ILLINOIS 60187-0707

Document received on 2/9/19 6:23 AM Document accepted on 02/11/2019 08:48:48 # 4459305/170431160067    **EXHIBIT A**

|  | DIE DATE | DIST |
|---|---|---|
|  | 03/05/2019 | 604 DC |

KORTLOFF

DOC.TYPE: LAW
CASE NUMBER: 2018L001385
**DEFENDANT**
ADT SECURITY LLC
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

SERVICE INFO:
30 DAY RTN C/O CT
CORPORATION O/C
DUPAGE

ATTACHED FEE: $0.00

EXHIBIT A

STATE OF ILLINOIS
CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
COUNTY OF DUPAGE

Joseph J. Blazek )
)
Plaintiff, )
)
v. ) Case No. 2018L001385
)
ADT Security Services LLC, )
)
Defendant )

I respectfully request a Jury Trial

COMPLAINT

NOW COMES Plaintiff, Joseph J. Blazek, representing himself and for his Complaint against Defendant, ADT Security Services, LLC, states as follows:

1. I was an alarm technician for ADT Security Services for 45 years. I was an on-call alarm investigator for five years and a full time union employee for 40 years. Throughout that time I maintained a clean work record, got good performance reviews from my supervisors, and got commendations from customers.

2. On December 1, 2015 I tripped in a pothole in the employee parking lot at ADT and fell and injured my arm and knee. ADT wouldn't let me get workers comp so they told me I had to come in and work light duty or I wouldn't get paid. I was injured and couldn't drive so Coleman my supervisor told me to have my wife drive me to the office.

3. While I was in the office I couldn't do the treatment that was prescribed for my injuries (ice, rest, elevation). I had to use personal days doctor appointments and treatment. On March 9, 2016 my injuries got worse, and my doctor said I needed surgery to stabilize my knee. ADT told the surgeon they wouldn't pay for surgery.

4. On April 13, 2016 ADT Corporate sent John Roberts, Regional HR Manager to offer me a severance package if I agreed to leave the company by the end of the month. I agreed. Travis Miller, the Oak Brook HR Manager was present the entire time Roberts was talking to me.

5. On April 27, 2016 Travis Miller called me in his office. I asked for a union rep, and he said I didn't need one. Then Miller handed me a paper to sign. It was dated April 13, 2017 and it said I was being terminated. I told Miller it didn't say anything about the severance package. Miller called Roberts and put him on speakerphone. Roberts said Joe just sign it and you will get your money. He didn't explain or offer any other option. The whole incident took place in Miller's office, and he was there during the whole time.

Document received on 12/10/18 12:27 PM  Document accepted on 12/10/2018 12:40:15 # 4420888/170431121704    EXHIBIT A

6. April 27, 2016 was the last day I received a paycheck, and I never received anything from workers comp.

Illinois Workers Compensation Complaint

7. Around June 1st I hired a workers comp attorney. ADT told the Illinois Workers Compensation Commission (IWCC) that I had quit my job. They said they offered me a sales job and I turned it down so I gave up my rights to medical treatment and to get temporary total disability (TTD) payments. My case is still going..

Illinois Department of Human Rights Complaint

8. In September, 2016 I filed a case with the Illinois Department of Human Rights (IDHR) for harassment, forced retirement, denial of severance package, and retaliation due to age and disability discrimination. ADT responded by telling the IDHR that I was fired for being injured and not able to do my job. That was the exact opposite of what they said to the IWCC so they wouldn't have to pay for my surgery or TTD.

9. ADT also lied to the IDHR investigator. John Roberts said he was the Oak Brook HR Manager (not Travis Miller), and that nothing of what I said was happening at Oak Brook. The investigator then said that there was a lack of sufficient evidence to support my case.

10. I appealed the decision to the Illinois Human Rights Commission (IHRC) and gave them proof that Travis Miller was the HR manager at Oak Brook, and that he never got interviewed. The IDHR changed its decision and sent me a right to sue letter on September 10, 2018.

US Department of Labor Complaint under the Whistleblower Act

11. In August 2016, I also filed a complaint against ADT with the Department of Labor (DOL) for violation of the Whistleblower Act. It was based on what happened when I reported my ex-supervisor Jerry Dydynski to the union for telling us we couldn't report our overtime. When my co-worker Jerry Walsh put his overtime on his time sheet, Dydynski whited it out.

12 I told the union and Jerry got his overtime pay. And ADT transferred Dydynski to another Oak Brook team. This team had new employees and Jerry was able to scare them into not reporting overtime. And ADT awarded Dydynski a monthly bonus for putting in more alarms than any other team and not having any overtime hours.

13 ADT knew this was going on becase Dydynski's team had less experience than other teams, and they were routinely putting in 12-hour jobs in 8 hours. And they didn't report overtime while the rest of us with more experience had overtime. This was still going on when I was fired on April 27, 2016.

Retaliation For Filing a Complaint on Wage Theft

Document received on 12/10/18 12:27 PM  Document accepted on 12/10/2018 12:40:15 # 4420888/170431121704

EXHIBIT A

14  Because I reported him Dydynski began harassing me and trying to get me fired. I told my union rep, and he told Travis Miller. I also started recording the incidents.

15  One time Dydynski gave all my co-workers a special tool that was made to help us with one of our alarm system, but he would not give one to me. Dydynski routinely made me buy my own work tools, but he handed them out to the rest of my co-workers. Dydynski would insist I had to come to the office to get parts but he would send someone to delivery parts to my co-workers. And Dydynski would not block me off the work schedule so I could get trained on new alarms, but all my co-workers were blocked off at different times and got the training.

Age Discrimination

16  After Dydynski was transferred, Mike Coleman became my supervisor. I believe these two were working together to get me out because Coleman, like Dydynski, wouldn't sign me up to get training on the new alarm systems.

17  In 2014 I was the oldest, highest paid union employee on Coleman's team, and he repeatedly brought up the issue of retirement in my presence. I was the only employee over 50 in the team, so I felt under pressure to respond about when I was thinking of retiring, so I said that the earliest I could retire would be in 2016 when I turned 66. From that time onward, Coleman reminded me regularly that I was supposed to retire in 2016. In early 2015 I told Travis Miller that my wife's health condition had worsened and I would need to keep working in order to keep the health insurance I had, which paid for much of my wife's specialized treatment. Coleman was upset. He made jokes about age and being slow. I tried to ignore it or laugh along, but it affected my work environment. One co-worker told the IDHR investigator that "everyone joked about Joe being old." Another reported that I complained to him repeatedly about the way I was being treated.

18. In mid 2015 I was being scheduled to go on jobs to fix the new alarms that I hadn't been trained on. I got assigned to work on a thermostat system. I told Coleman I hadn't been to training on it. He said just go to the job and call Tech Support from the customer's house. Tech support had me on hold for a long time. The customer got mad and threw me out.

19  I was trying to fix a thermostat system by reading the instruction manual. The customer saw me doing it and called up ADT and complained that I was incompetent.

20. I got tired of customers getting mad and Coleman wasn't sending me for training. So I asked co-workers to let me go with them when they were working on those alarms. Coleman said Corporate wouldn't pay for two techs to work together for training, so I worked off the clock on weekends.

Pretext To Claim I Was Disabled For The Purpose Of Terminating Me

21  On December 1, 2015 I tripped in a pothole in ADT's parking lot and injured my arm and knee. Instead of being allowed to get surgery for my injury and get put on workers comp, ADT used it as an excuse to claim I was too disabled to do my job.

Document received on 12/10/18 12:27 PM  Document accepted on 12/10/2018 12:40:15 # 4420888/170431121704

EXHIBIT A

22. ADT knew this wasn't true because in addition to my orthopedic surgeon's statement, ADT's own Independent Medical Examiner (IME) reported to them that I just needed arthroscopic surgery and 8 to 10 weeks of recovery to be back to work.

Disability Discrimination

23. The injury I sustained in the work-related fall was to my knee. Without surgery, I was not able to climb stairs or ladders because my knee was unstable. But there was still work I could do as an alarm tech that did not involve climbing stairs or ladders: Resales and Quick Connects. ADT had teams of employees who only worked on those systems. And I already had experience doing those jobs.

24. Before I was injured on December 1, 2015, ADT already had an employee who was in his 40's who was unable to climb stairs and ladders. George "Big Poppa" Fisher was always assigned to do Quick Connects and Resales, even before ADT got my doctor's note of No stairs or Ladders. George was still working for ADT when I was terminated on April 27, 2016.

Damages

25. After I was terminated on April 27, 2016, ADT did not pay my workers comp benefits and I had no income and no medical insurance. I used up our savings on paying for treatment, as well as paying our household bills and living expenses. I continued to pay for physical therapy out of pocket, but without ADT's health insurance, none of the hospitals would schedule me for surgery. I had to wait until I met Medicaid's spendown rules in order to be allowed to proceed.

26. During this period I could not afford to continue my normal medical treatment plan. As a result I developed an infection in my wrist and was hospitalized in November 2016. The infection was related to the injury I'd sustained in the fall at work. As a result of this illness I was told I was not a candidate for the knee surgery. Two months ago in October 2018 I was approved for knee surgery, and have it scheduled for early 2019.

27. During this time my wife's health also suffered without the continued medical care she had been receiving through my employer-based health insurance plan, and she was hospitalized in December 2016. Since that time she is portable oxygen dependent.

28. As a result of being terminated, and not receiving workers comp benefits, we exhausted our savings, liquidated our investments, cashed in our insurance policies, and did everything required to comply with public assistance Spendown rules. I also needed to sell our cars and give up title to our house. I was also forced to apply early for social security benefits and medicare.

29. ADT has repeatedly lied to multiple federal agencies that are charged with the responsibility of investigating employer abuses.

Violation of the Department of Labor Illinois Personnel Record Review Act

30 When I was being terminated I asked HR for access to my personnel file. I was worried they would do something with my records. HR told me wait until they get someone who can sit in the room with

me. They never set it up. After I was terminated I asked again and again and they didn't respond. I filed a complaint with the Department of Labor (DOL). In December 2017 the DOL sent me a letter saying they'd notified ADT to give me access to my personnel file, to just call them and set it up. I tried but after talking to and leaving messages for different HR people, I never got called back to come in and look at my file. I have records of dates, times, who I spoke with and what they said.

## Damages

31  I respectfully request that I be given a jury trial so that my case can be heard before a jury of my peers.

32. The IWCC exists to ensure that injured employees receive medical treatment for their injuries, and have their medical bills paid for in a timely manner. It also mandates a payment of a percentage of a worker's wages so that they can continue to provide for themselves and their families during the time they are injured. ADT used its privilege of being self-insured to deceive and manipulate the administrative process to avoid paying these vital benefits to me, an injured employee who these laws were specifically written to protect.

33. The IDHR exists to ensure that older workers and those workers with a disability who are still able to do their jobs are not unfairly terminated or prevented from making a living. ADT deliberately deceived the IDHR, violated IDHR rules, and obstructed its attempts to conduct a fair investigation.

34. ADT has repeatedly shown disdain for the law and for the administrative agencies that protect them. They have also shown an unconscionable disregard for the safety, health and well-being of others. Their actions go well beyond the rules of basic decency.

35  Because of ADT's actions my family and I have sustained great financial damage, and even greater emotional and physical damage, and have had to endure all of it for an unreasonably long time.

36  ADT knew that all I needed was knee surgery to return to work. That is why they withheld it from me.

37  In June 2016 ADT's IME reported that I needed minor surgery to fix my knee and return to work. In October 2017 ADT's IME reported to ADT without treatment my injuries were much worse and I needed a knee replacement before I could be fit to return to work.

38  I intend to return to work once my knee is fixed. I always intended to retire at full retirement age which is 70.

39  Before I fell at work in December 2015 I was fit enough to do my job. I had kidney cancer in 2014 and had surgery for it, and was fine afterward. I still remain cancer-free.

40  I had also been a volunteer Little League umpire and did that every summer for the last 12 years, except for when I had kidney cancer.

41  I have diabetes which I have managed for the past 20 years. It doesn't prevent me from working. The only thing that prevents me from working is my knee.

Document received on 12/10/18 12:27 PM   Document accepted on 12/10/2018 12:40:15 # 4420888/170431121704

EXHIBIT A

42  Since I injured it in December 2015 I have done everything I can to take care of it the best way I could. I paid for therapy and other medical treatment without insurance. But without medical insurance hospitals will not schedule me for knee surgery.

Back Pay and Prejudgment Interest
43  I ask for back pay from April 28, 2016 to today and going forward until settlement.
In addition to my regular rate, my pay record shows I averaged 2.5 hours of overtime each week in the last 52 weeks before I was injured. Also, under the union agreement, I was to get a 5% raise in 2016, 2017, and 2018.

Back Benefits
44  I received 6 weeks of personal time each year.
In addition I ask to recover the 6 weeks of personal time that Coleman told me I had to use for doctor visits, treatment and other care for my work-related injuries.

Reinstatement
45  I am scheduled to receive a total knee replacement in early 2019. ADT's IME estimated that recovery would take 8 to 10 weeks. After that time, I will be able to return to work.

Prejudgment Interest
46  Compensatory and Punitive damages for intentional discrimination as determined by a jury of my peers.

Intentional Infliction of Emotional Distress
47  Because of ADT's actions my family and I have sustained great financial damage, and even greater emotional and physical damage, and have had to endure all of it for an unreasonably long time.

Expectation Damages for Breach of Contract
48  ADT's Regional HR Manager John Roberts offered me ADT's severance package that is normally reserved for salary employees. The severance package was 100% of a weeks pay for each week you were employed. Roberts offered it to me if I agreed to leave ADT before the end of the month of April 2016. I was terminated on April 27, 2016.

Attorney's Fees, Document Preparation Assistance Costs, and Court Costs.
49  With the administrative agencies and laws that are in place, there was never a need to have to hire lawyers, pay for help preparing complaints, filing court papers, or doing anything else that a normal working person with no legal experience would need to do.

Compensatory and Punitive Damages
50  ADT broke a very great number of laws and public policies. They have lied to administrative agencies, ignored those agencies' rules and decisions. And they have taken away 3 years of productivity out of my life. Their actions have also resulted in permanent damage to my wife's health. By doing all this, ADT has been able to save themselves a great deal of money. Justice and the basic laws of decency demand that they don't get to benefit from the prolonged and unnecessary amount of suffering they have inflicted on us.

Document received on 12/10/18 12:27 PM  Document accepted on 12/10/2018 12:40:15 # 4420888/170431121704

EXHIBIT A

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for relief as follows:
For a declaration that Defendants' actions, policies, and practices as alleged herein are unlawful;
For reinstatement;
For lost wages and all other compensation denied or lost to Plaintiffs by reason of Defendants' unlawful actions, in an amount to be proven at trial;
For compensatory damages for Plaintiffs' emotional pain and suffering, in an amount to be proven at trial;
For punitive damages in an amount to be determined at trial;
For liquidated damages;
For interest on lost wages, compensation, and damages, including pre- and post-judgment interest and an upward adjustment for inflation;
For an order enjoining Defendants from engaging in the unlawful acts complained of herein;
For reasonable attorneys' fees and costs of suit; and
For such other and further equitable relief as this Court deems just and proper.

## REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial on all causes of action and claims to which he has a right to a jury trial

Dated: December 10, 2018

Respectfully submitted,

*Joseph J. Blazek*

Joseph J. Blazek
734 Union Avenue
Romeoville, Illinois 60446
815-886-6115



**DIE DATE** **DIST**
03/05/2019   604 DC

KORTLOFF

**DOC.TYPE:** LAW
**CASE NUMBER:** 2018L001385
**DEFENDANT**
ADT SECURITY LLC
208 S LASALLE ST
CHICAGO, IL 60604
SUITE 814

**SERVICE INFO:**
30 DAY RTN  C/O CT
CORPORATION  O/C
DUPAGE

**ATTACHED FEE:** $0.00

EXHIBIT A